IN THE UNITED STATES DISTIRCT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA ALLEN** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO.:** 1:25cv191 HSO-RPM |
| **CITY OF LONG BEACH, MISSISSIPPI** | **DEFENDANTS** |

JURY TRIAL DEMANDED

## COMPLAINT

This is an action to recover actual and punitive damages for discrimination in violation of the Title VII of the Civil Rights Act of 1964 and 42 USC 1983. The following facts support the action:

1.

Plaintiff is an adult resident citizen of Hancock County, Mississippi who may be contacted through undersigned Counsel.

2.

Defendant, City of Long Beach, is a government entity and arm of the state of Mississippi who may be served with process through its Mayor at 201 Jeff Davis, Avenue, Long Beach, Mississippi 39560.

3.

This court has jurisdiction under 28 U.S.C. § 1331 and civil rights jurisdiction under 28 § 1343, for a cause of action arising under the Title VII of the Civil Rights Act of 1964, as

amended by the Civil Rights Act of 1991. Venue is proper, because Defendant is headquartered in Hancock County.

4.

Plaintiff has filed an EEOC charge attached hereto as Exhibit "A" and has received a Right-to-Sue letter attached hereto as Exhibit "B".

5.

Plaintiff was employed by the Defendant as a Fireman.

6.

Plaintiff was an excellent fireman and enjoyed a stellar career.

7.

In November of 2023 Allen was asked to participate in certain Christmas activities. Allen notified his superiors that he was Jehovah's Witness and that as such, Allen did not celebrate "Christmas." As a result, Allen was told that he would "not go anywhere" as a fireman – just like other Jehovah's Witnesses who had come before Allen in the fire department.

8.

Eventually in early 2024 several Battalion Chief positions became available. Allen was qualified for the positions.

9.

All positions were filled by persons who were not of the same religion as Allen, and one was filled by an illegible employee.

10.

Allen complained to the EEOC and ever since his work environment has become cold and hostile. Allen's superiors give Allen the cold shoulder and refuse to routinely acknowledge Allen or work with Allen.

11.

The Defendant's actions are in violation of Title VII and the 14th Amendment. Allen has been denied promotion due to his religion and retaliated against for filing an EEOC charge. Especially where the Chief told Allen without hesitation that Allen would not go anywhere as a fireman being a Jehovah's Witness.

12.

Plaintiff is entitled to actual damages for mental anxiety and stress and lost income. Defendant's actions are outrageous such that punitive damages are due.

13.

Plaintiff is entitled to injunctive relief and promotion pursuant to his claims under the 14th Amendment and Title VII.

## PRAYER FOR RELIEF

Plaintiff prays for actual, compensatory, special, and punitive damages in the amount to be determined by a jury, promotion, lost wages and for reasonable attorney's fees.

THIS the 17th day of June, 2025.

Respectfully submitted,

**JOSHUA ALLEN**
**PLAINTIFF**

_____
DANIEL M. WAIDE, MSB #103543

Daniel M Waide, MS Bar #103543
Johnson, Ratliff & Waide, PLLC
1300 Hardy Street
Hattiesburg, MS 39401
T: (601) 582-4553
F: (601) 582-4556
dwaide@jhrlaw.net