EEOC Form 5 (5/01)

| | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| **CHARGE OF DISCRIMINATION** <br> This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA <br> _X_ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) <br> Joshua Allen | Home Phone (Incl. Area Code) <br> 228-223-1881 | Date of Birth <br> 02/25/1983 |
|---|---|---|
| Street Address <br> 20041 Will Street, Long Beach, MS 39560 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name <br> City of Long Beach | No. Employees, Members <br> 15+ | Phone No. (Include Area Code) <br> 228-863-1556 |
|---|---|---|
| Street Address <br> 201 Jeff Davis Ave., Long Beach, MS 39560 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) <br><br> __ RACE  __ COLOR  __ SEX  _X_ RELIGION  __ NATIONAL ORIGIN <br><br> __ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE <br> Earliest     Latest <br>                May 21, 2024 <br><br> _X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):
I want EEOC to investigate my claims of religious discrimination under Title VII. In November of 2023, I was asked to participate in Christmas activities. I am Jehovah's Witness. I told the chief that we don't celebrate Christmas as part of our religion. The chief responded that I would end up like the other Jehovah's Witness and not go anywhere. I was one out of three firemen eligible to be the Battalion Chief. Three positions were all filled, and I was not one of them. The third position was filled by someone who was not eligible. I was the only Jehovah's Witness. I believe I was not promoted because of my religion.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. <br><br> 6-4-24 <br> Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |